THE CANADIAN AGRICULTURAL COAL AND COLONIZATION COMPANY (Limited), Respondent, *v.* JOSEPH L. SPOFFORD, Appellant.

(Argued February 25, 1895; decided March 12, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 14, 1894, which affirmed an order of Special Term directing defendant to furnish a bill of particulars.

*Henry W. Hardon* for appellant.

*Edwin T. Rice, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Petition of JOHN J. HOPPER to Punish EDWIN S. UPDIKE, SR., for Contempt of Court.

(Argued February 25, 1895; decided March 12, 1895.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made January 2, 1894, which reversed an order of Special Term denying an application to punish Edwin S. Updike, Sr., for contempt and adjudged him guilty of contempt.

*David McClure* for appellant.

*Edward Hassett* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.